| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Duval, Stanwood R. | 2. Court or Organization<br><br>U. S. District Court, Eastern District of Louisiana | 3. Date of Report<br><br>05/04/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>500 Poydras St., Rm. C-368<br>New Orleans, LA 70130 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board Member | Covenant House, Non-Profit Organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | April 15-17, 2011 | Biloxi, MS | Bench Bar Conference | Food and lodging |
| 2. | Donald "Boysie" Bollinger | August 15-20, 2011 | Argentina | Hunting trip | Travel, food and lodging |
| 3. | Arlen "Benny" Cenac, Jr. | May 2 and 5, 2011 | To/From New Orleans, LA and San Antonio, TX | Travel to 5th Circuit Conference | Travel only |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Parcel #2, Terrbonne Parish, LA | | None | J | W | | | | | |
| 2. | Whitney Bank (Accounts) | A | Interest | K | T | | | | | |
| 3. | Judicial & Justice Fed. Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 4. | Mineral Interest #1, Terrebonne Parish, LA | B | Rent | J | W | | | | | |
| 5. | Mineral Interest #2, Terrebonne Parish, LA | | None | J | W | | | | | |
| 6. | IRA #1 | D | Distribution | N | T | | | | | |
| 7. | -Wells Fargo Sweep Account | | | | | | | | | |
| 8. | -HIO | | | | | | | | | |
| 9. | -CIBFX | | | | | | | | | |
| 10. | -EAIFX (formerly EAAFX) | | | | | | | | | See Part VIII |
| 11. | - FSMXX | | | | | Sold (part) | 6/14/11 | J | | |
| 12. | - USB'L | | | | | | | | | |
| 13. | - AGG | | | | | | | | | |
| 14. | - T | | | | | | | | | |
| 15. | - PCY | | | | | | | | | |
| 16. | - BND | | | | | | | | | |
| 17. | - JPM PRZ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - WRS | | | | | | | | | |
| 19.  - EEM | | | | | Sold | 08/15/11 | J | | |
| 20.  - QQQQ | | | | | Sold | 08/15/11 | J | A | |
| 21.  - GWX | | | | | Sold | 08/15/11 | J | | |
| 22.  - MDY | | | | | Sold | 08/15/11 | J | | |
| 23.  IRA#2 | B | Int./Div. | N | T | | | | | |
| 24.  -Blackrock Fundamental Growth | | | | | | | | | |
| 25.  -Blackrock Global Allocation C+ | | | | | | | | | |
| 26.  -Blackrock Global Smallcap C+ | | | | | | | | | |
| 27.  -Van Kampen Comstock Fund+Class C | | | | | | | | | |
| 28.  Merrill Lynch CMA Account | A | Int./Div. | M | T | | | | | |
| 29.  -Blackrock Global Allocation FD Inc C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART IV. REIMBURSEMENTS

Line 1 - Donald "Boysie" Bollinger is a life long friend of mine. I have always recused myself from any cases involving Donald Bollinger or any of his companies.

Line 3 - Arlen "Benny" Cenac, Jr. is a life long friend of mine. Benny provided his private plane for my travel from New Orleans to San Antonio, TX on May 2, 2011 and return flight on May 5, 2011. I have always recused myself from any cases involving Arlen Cenac, Jr. or any of his companies.

PART VII. INVESTMENTS AND TRUSTS

Line 10 - EAIFX - Prior year report reflected EAAFX and is now EAIFX. Wells Fargo Advantage Funds-Asset Allocation FD were exchanged from Class A to Admin CL, but no change in the value. Therefore, nothing ws reported in Column D.

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/04/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stanwood R. Duval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544